UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ZACHARY A. HOLMAN #473131,

     Plaintiff,

                                            Case No. 2:23-cv-56

v.

                                            HONORABLE PAUL L. MALONEY

MICHAEL J. BALLARD and
JESSICA VELMER,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Velmer filed a motion for motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 24, 2024, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 39) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for motion for summary judgment (ECF No. 29) is DENIED.  Plaintiff's deliberate indifference claim against the defendants remains.

Dated:  February 26, 2024                        /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge